# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

| | |
|---|---|
| Matthew J Crane<br>SSN: XXX-XX-7476<br>DEBTOR(S). | Case No: 18-01849-TOM13 |

## ORDER MOOTING

This matter was scheduled for a hearing on Thursday, October 25, 2018 11:15 AM on the following:

RE: Doc #40; Debtor's Objection to Claim #3 of US Bank in the amount of $302,702.12

**It is hereby ORDERED, ADJUDGED and DECREED that:**

Based on claim number 3 having been withdrawn, the Debtor's Objection is Moot.

Dated: 10/15/2018

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge